IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 6:13-cr-00012-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GETONY BARNETTE, | ) | By: Norman K. Moon |
|     Petitioner. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The government's motion to dismiss (docket no. 47) is **GRANTED**;

(2) Barnette's motion pursuant to 28 U.S.C. § 2255 (docket no. 44) is **DISMISSED**;

(3) Barnette's motion to expedite proceedings (docket no. 62) is **DISMISSED** as moot;

(4) This action is **STRICKEN** from the active docket of this court; and

(5) Finding that Barnette has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 23rd day of June, 2015.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE